UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARINA CONERLY, et al., | No. 2:19-cv-1021-KJM-KJN PS |
| Plaintiffs, | ORDER REGARDING SERVICE |
| v. | |
| VERACITY RESEARCH, et al., | |
| Defendants. | |

On August 25, 2020, the magistrate judge filed findings and recommendations (ECF No. 20), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On October 6, 2020, the assigned district judge in this matter adopted the recommendations in full and referred the case back to the undersigned for further proceedings. (ECF No. 31.)

In the findings and recommendations, the undersigned noted the possibility of excusable neglect: that defendants have failed to file and answer or otherwise respond because they have yet to be notified of this case. (See ECF No. 29 at 13.) The court also noted the presence of a registered agent for Veracity Research, located here in Sacramento, Ca. Under Rule 4 of the Federal Rules of Civil Procedure, service on a corporation may be had "by delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process . . . ." Rule 4(h)(1)(B).

In order to break the holding pattern this case finds itself in, the court now orders plaintiff to re-serve defendant Veracity Research Co. via its California state registered agent, "Capitol Corporate Services, Inc.", located at 455 Capitol Mall Complex, Ste 217, Sacramento, Ca. 95814. (See Cal. Secretary of State "Business Search" website, at https://businesssearch.sos.ca.gov/ , accessed Oct 7, 2020).  Plaintiff shall have 30 days to reserve Veracity via their registered agent. Within 10 days of service of process, plaintiff shall file a notice with the court demonstrating her service efforts, which shall include all documents executed by her process server.  Failure to follow these instructions may constitute grounds for dismissal.  Alternatively, should plaintiff no longer wish to proceed with this case (given the district court's significant narrowing of this case), she may file a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a).

**ORDER**

Accordingly, IT IS HEREBY ORDERED that plaintiff shall reserve defendant Veracity Research Co. via its registered agent, as detailed in this order.

Dated:  October 8, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cone.1021