UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARINA CONERLY, | No. 2:19-cv-1021-KJM-KJN PS |
| Plaintiff, | ORDER |
| v. | (ECF Nos. 44, 51, 53) |
| VERACITY RESEARCH CO. LLC, et al., | |
| Defendants. | |

On December 15, 2020, the magistrate judge filed findings and recommendations, ECF No. 51, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On December 29, 2020, plaintiff filed objections to the findings and recommendations, ECF No. 53, which this court has carefully considered.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis. The court acknowledges the frustrations plaintiff articulates in her objections and appreciates the challenges a pro se plaintiff faces in attempting to litigate a case in federal court. Upon a careful review of the findings and recommendations, as noted, the court has determined they faithfully apply the law to the facts and factual allegations of the case. Upon a review of the docket of the

1

case, the court is unable to identify any indication that the magistrate judge's determinations in this case reflect impermissible racial or other bias.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, ECF No. 51, are ADOPTED IN FULL;
2. Defendants' motion to dismiss, ECF No. 44, is GRANTED;
3. Plaintiff's Second Amended Complaint, ECF No. 12, is DISMISSED WITH PREJUDICE, and leave to amend is DENIED; and
4. The Clerk of the Court is directed to CLOSE this case

DATED: March 4, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE